IN THE SUPREME COURT OF TEXAS

 No. 11-0275

 WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, WEEKLEY HOMES BUSINESS
 TRUST, DAVID WEEKLEY AND RANDY BRADEN, Petitioners

 v.

 LEN RAO, Respondent

 On Petition for Review

ORDERED:

 1. Petitioners' emergency motion to stay proceedings, filed April
15, 2011, is granted. All trial court proceedings in Cause No. CC-10-01067-
B, styled Len Rao v. Weekley Homes, L.P. d/b/a David Weekley Homes, Weekley
Homes Business Trust, David Weekley and Randy Braden, in the County Court
at Law No 2 of Dallas County, Texas, are stayed pending further order of
this Court.
 2. The petition for review remains pending before this Court.

 Done at the City of Austin, this May 06, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk